In the Matter of MICHAEL A. QUERQUES, an attorney-at-law.

October 27, 1971. It is Ordered that the suspension of Michael A. Querques of Orange is lifted and that he be restored to the practice of law.

In the Matter of JERROLD I. EHRLICH, an attorney-at-law.

October 27, 1971. It is Ordered that Jerrold I. Ehrlich of Newark is suspended from the practice of law until further order of the court.

In the Matter of ABRAM D. LONDA, an attorney-at-law.

November 8, 1971. It is Ordered that Abram D. Londa of Elizabeth is suspended for a period of six months and until further order of the Court. (Opinion reported at 59 *N. J.* 378)

In the Matter of JOHN R. KNOX, an attorney-at-law.

November 21, 1971. It is Ordered that the suspension of John R. Knox of Newton is lifted and that he be restored to the practice of law.